**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Preston Marshall and Rusk Capital Management, L.L.C. v. MarOpCo, Inc. and E. Pierce Marshall, Jr.

Appellate case number:      01-22-00573-CV

Trial court case number:      2015-35950

Trial court:      11th District Court of Harris County

On September 13, 2022, this Court abated this appeal "until the trial court concludes a new trial regarding certain litigation expenses and issues a new final judgment." On October 13, 2022 and January 30, 2023, appellants provided status reports to this Court regarding the trial court proceedings. In their January 30, 2023 status report, appellants stated that "[a] bench trial was held" on the "partial new trial" and "an amended final judgment [had been] signed" by the trial court. Appellants requested that their appeal be reinstated.

We construe appellants' January 30, 2023 status report as a motion to reinstate, and **grant** appellants' motion. We REINSTATE the appeal on the Court's active docket.

The clerk's record is ORDERED to be filed **no later than 30 days from the date of this order**. If the clerk is unable to file the record by that date, the clerk should request an extension for the Court to consider. If appellants have not made arrangements for paying for the clerk's record, please advise the Court in writing.

The reporter's record is ORDERED to be filed **no later than 30 days from the date of this order**.[1] If the court reporter is unable to file the record by that date, the court reporter should request an extension for the Court to consider.

It is so ORDERED.

Judge's signature:      _____/s/ Julie Countiss_____
               ☑ Acting individually     ☐ Acting for the Court

Date: February 9, 2023

---

[1] On September 6, 2022, the court reporter informed the Court that appellants had requested that the reporter's record be prepared and that appellants had made arrangements to pay for the reporter's record.